UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA      :
                              :
                              :
                              :
v.                            :      Case No.:      8:08-CR-530-JDW-TGW
                              :
                              :
                              :
LUNCH PHILENTROPE             :
_____:

**<u>DEFENDANT LUNCH PHILENTROPE'S COUNSEL'S MOTION TO WITHDRAW AS COUNSEL OF RECORD</u>**

COMES NOW, the undersigned counsel, on behalf of the Defendant, LUNCH PHILENTROPE, and files this his motion to withdraw as counsel of record and in support states as follows:

1. The Defendant instructed undersigned to file an appeal.

2. Undersigned counsel filed said appeal on August 3, 2009.

3. Undersigned counsel in good faith believes an appeal in this matter is frivolous.

    a. The Defendant received a sentence of 20 years imprisonment despite the advisory federal sentencing guidelines calling for a sentence of 30 years to life.

    b. The Defendant expressed a desire at sentencing to assist law enforcement but the government's policy is to disavow potential substantial assistance once an appeal is filed.

        1.) Both of the above stated reasons were expressed to the Defendant in person and in the form of two letters dated July 31, 2009 and August 3, 2009.

4. The Defendant's retainer agreement did not include an appeal.

    a. Undersigned counsel will provide said retainer agreement to the court should it require an in camera inspection of the document.

**CONCLUSION**

WHEREFORE, the Defendant, LUNCH PHILENTROPE, by and through his undersigned counsel, prays this Honorable Court will grant the requested relief and/or any other relief deemed necessary.

> By: /S/ Mark J. O'Brien
> Florida Bar No.: 0160210
> O'Brien Bower, PA
> Bayshore Center
> 511 West Bay Street
> Third Floor - Suite 330
> Tampa, Florida 33606
> Direct:      (813) 250-3533
> Facsimile:   (866) 203-2532
> Email: mjo@obrienbower.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY on August 3, 2009 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will then send notice of electronic filing to the following electronic mail address:

James C. Preston, Jr.
Assistant United States Attorney
james.preston@usdoj.gov

> By: /s/ Mark J. O'Brien
> Mark J. O'Brien, Esquire