IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT



09-13971-A

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

LUNCH PHILENTROPE,

Defendant-Appellant.

-------------------------

On Appeal from the United States District Court for the
Middle District of Florida

-------------------------

BEFORE: BLACK and BARKETT, Circuit Judges.

BY THE COURT:

Appellant's voluntary motion to dismiss this appeal with prejudice is GRANTED.

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Thomas K. Kahn
Clerk

For rules and forms visit
www.ca11.uscourts.gov

September 30, 2009

Sheryl L. Loesch
Clerk, U.S. District Court
801 N FLORIDA AVE RM 220
TAMPA FL 33602-3849

**Appeal Number:** 09-13971-A
Case Style: USA v. Lunch Philentrope
District Court Number: 08-00530 CR-T-27-TGW

The enclosed certified copy of this Court's Order of Dismissal is issued as the mandate of this court.

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Deborah Owens (404) 335-6180

Encl.

DIS-4 (4-2009)